IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

        Plaintiff,                    No. 2:12-cv-0555 GEB EFB P

    vs.

MARSH,

        Defendant.                FINDINGS AND RECOMMENDATIONS

      Plaintiff is a former county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).  *See* 28 U.S.C. § 636.

      On August 2, 2012, the court dismissed plaintiff's complaint for failure to state a claim. The court explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed for failure to state a claim.  The 30-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////

////

1

1	Accordingly, it is hereby RECOMMENDED that this action be dismissed without
2 prejudice for failure to state a claim and for failure to prosecute.  28 U.S.C. § 1915A; Fed. R.
3 Civ. P. 41(b); E.D. Cal. Local Rule 110.
4	These findings and recommendations are submitted to the United States District Judge
5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
6 after being served with these findings and recommendations, any party may file written
7 objections with the court and serve a copy on all parties.  Such a document should be captioned
8 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
9 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
10 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
11 Dated:  September 17, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE